Andrew B. Downs
Nevada Bar No. 8052
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Kristol Bradley Ginapp
Nevada Bar No. 8468
E-Mail: kristol.ginapp@bullivant.com
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: 702.669.3600
Facsimile: 702.650.2995

Attorneys for Plaintiff Fireman's Fund Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN BERRY, an individual; KATHLEEN SEBELIUS in her capacity as Secretary of Health and Human Services, United States of America,<br><br>            Defendants. | Case No.:  2:11-cv-1029-LDG-GWF |

**ORDER AUTHORIZING DEPOSIT OF FUNDS INTO COURT REGISTRY**

Plaintiff Fireman's Fund Insurance Company has moved ex parte for an order pursuant to Rule 67, Federal Rules of Civil Procedure authorizing it to deposit the sum of $476,865.19 into the Court's Registry in connection with this Interpleader Action. Good cause appearing,

IT IS HEREBY ORDERED that plaintiff Fireman's Fund Insurance Company's motion is GRANTED. The Clerk of the Court is ordered to accept the deposit by Fireman's Fund Insurance Company of the sum of $476,865.19 to be held pursuant to Rule 67, Federal Rules of

– 1 –

Civil Procedure.  Plaintiff Fireman's Fund Insurance Company shall comply with Local Rule 67-1.

DATED: 25 July 2011

_____
United States District Judge

13418045.1

\*\*\*\*\*

**Bullivant|Houser|Bailey PC**
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701