Andrew B. Downs
Nevada Bar No. 8052
E-Mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Kristol Bradley Ginapp
Nevada Bar No.  8468
E-Mail: kristol.ginapp@bullivant.com
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada  89169
Telephone:  702.669.3600
Facsimile:  702.650.2995

Attorneys for Plaintiff Fireman's Fund
Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>JOHN BERRY, an individual; KATHLEEN SEBELIUS in her capacity as Secretary of Health and Human Services, United States of America,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 2:11-cv-1029-LDG-CWH |

**STIPULATION AND ORDER FOR DISBURSEMENT OF FUNDS, DISMISSAL OF COUNTER-CLAIM AND CLOSURE OF CASE**

Plaintiff and counterdefendant Fireman's Fund Insurance Company, defendant and counterclaimant John Berry and defendant Kathleen Sebelius in her capacity as Secretary of Health and Human Services, United States of America, stipulate as follows:

– 1 –

1. The funds currently on deposit in the Registry of the Court, including all interest earned on those funds while on deposit, shall be disbursed as follows:

 (a) To the Center for Medicare Services on behalf of the United States of America, the sum of $15,456.40.  The Clerk's check shall be made payable to "United States Department of Justice."

 (b) To defendant and counterclaimant John Berry, $461,408.79 plus all interest earned.  The Clerk's check shall be made payable to "John Berry and Ganz & Hauf, his attorneys."

2. The counterclaim of John Berry filed July 18, 2011 (Docket #8) shall be dismissed with prejudice, with each party to bear its own fees and costs.

3. Pursuant to 28 U.S.C. § 2361, plaintiff Fireman's Fund Insurance Company is discharged from further liability to defendants John Berry and Kathleen Sebelius for the payment of any portion of the Judgment in Case No. A-06-526936-C in the Eighth Judicial District Court of the State of Nevada for Clark County entitled "*John Berry v. Moshe Elazar, et al.*"  This discharge from liability shall not extend to any extra-contractual claims presently held by non-party Moshe Elazar, nor to any claims which defendant John Berry may later acquire as assignee of Moshe Elazar or by execution upon Moshe Elazar.

4. It is the intention of the parties to this Stipulation that nothing in it or shall extend to any extra-contractual claims presently held by non-party Moshe Elazar, nor to any claims which defendant John Berry may later acquire as assignee of Moshe Elazar or by execution upon Moshe Elazar.

5. Berry, shall no later than ten court days after disbursement pursuant to paragraph 1(b), file an Acknowledgement of Partial Satisfaction of Judgment in an amount equal to the full amount disbursed pursuant to paragraphs 1(a) and 1(b) in Case No. A-06-526936-C in the Eighth Judicial District Court of the State of Nevada, for Clark County, entitled "*John Berry v. Moshe Elazar, et al.*"  The court will retain jurisdiction for purposes of enforcing Berry's obligation to file that Acknowledgement of Partial Satisfaction of Judgment.

DATED: September 28, 2011

                          BULLIVANT HOUSER BAILEY PC

                          By  */s/ Andrew B. Downs*
                               Andrew B. Downs
                               Nevada Bar No. 8052
                               Kristol Bradley Ginapp
                               Nevada Bar No.  8468

                          Attorneys for Plaintiff and Counterdefendant
                          Fireman's Fund Insurance Company

DATED: September 28, 2011

                          GANZ & HAUF

                          By  */s/ Marjorie Hauf (by e-mail authorization)*
                               Adam Ganz
                               Nevada Bar No. 6650
                               Marjorie Hauf
                               Nevada Bar No. 8111
                               Ida M. Ybarra
                               Nevada Bar No. 11327

                          Attorneys for Defendant and Counterclaimant John Berry

DATED: September 28, 2011

                          DANIEL G. BOGDEN
                          United States Attorney, District of Nevada
                          ROGER W. WENTHE
                          Assistant United States Attorney


                          By  */s/ Roger W. Wenthe (by e-mail authorization)*
                               Roger W. Wenthe
                               Nevada Bar No. 8920

                          Attorneys for Defendant Kathleen Sebelius

**ORDER**

    The parties having stipulated and good cause appearing,

Bullivant|Houser|Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

IT IS HEREBY ORDERED that the Clerk of the Court shall disburse the funds on deposit in the Court's Registry (Docket # 11) including all interest earned on those funds as follows:

    (a)    To the United States Department of Justice on behalf of defendant Kathleen Sebelius, the sum of $15,456.40.

    (b)    To John Berry and Ganz & Hauf, his attorneys, the sum of $461,408.79 plus all interest earned while those funds were on deposit.

IT IS FURTHER ORDERED that plaintiff Fireman's Fund Insurance Company is discharged from further liability to defendants John Berry and Kathleen Sebelius for the payment of any portion of the Judgment in Case No. A-06-526936-C in the Eighth Judicial District Court of the State of Nevada for Clark County entitled "*John Berry v. Moshe Elazar, et al.*"  This discharge from liability shall not extend to any extra-contractual claims presently held by non-party Moshe Elazar, nor to any claims which defendant John Berry may later acquire as assignee of Moshe Elazar or by execution upon Moshe Elazar.

The Court retains and reserves jurisdiction over the parties for purposes of enforcing Berry's obligation to file that Acknowledgement of Partial Satisfaction of Judgment in the underlying state court action.

The Clerk is directed to close this matter.

DATED: 29 Sept 2011

_____
United States District Judge

13548267.1

*****

– 4 –