1  Andrew B. Downs
   Nevada Bar No. 8052
2  E-Mail: andy.downs@bullivant.com
   BULLIVANT HOUSER BAILEY PC
3  601 California Street, Suite 1800
   San Francisco, California  94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5
   Kristol Bradley Ginapp
6  Nevada Bar No.  8468
   E-Mail: kristol.ginapp@bullivant.com
7  BULLIVANT HOUSER BAILEY PC
   3883 Howard Hughes Parkway, Suite 550
8  Las Vegas, Nevada  89169
   Telephone:  702.669.3600
9  Facsimile:  702.650.2995

10 Attorneys for Plaintiff Fireman's Fund
   Insurance Company
11

12                   UNITED STATES DISTRICT COURT

13                      DISTRICT OF NEVADA

14 FIREMAN'S FUND INSURANCE
   COMPANY, a corporation,
15
                Plaintiff,                     Case No.: 2:11-cv-1029-LDG-CWH
16
        v.
17
   JOHN BERRY, an individual; KATHLEEN
18 SEBELIUS in her capacity as Secretary of
   Health and Human Services, United States of
19 America,

20              Defendants.

21
   AND RELATED COUNTERCLAIM.
22

23     **STIPULATION AND ORDER FOR DISBURSEMENT OF FUNDS, DISMISSAL OF
              COUNTER-CLAIM AND CLOSURE OF CASE**
24

25        Plaintiff and counterdefendant Fireman's Fund Insurance Company, defendant and

26 counterclaimant John Berry and defendant Kathleen Sebelius in her capacity as Secretary of

27 Health and Human Services, United States of America, stipulate as follows:

28

   Bullivant|Houser|Bailey PC
   601 California Street, Suite 1800
   San Francisco, California  94108
   Telephone: 415.352.2700
   Facsimile: 415.352.2701

                              – 1 –

1.   The funds currently on deposit in the Registry of the Court, including all interest earned on those funds while on deposit, shall be disbursed as follows:

(a)   To the Center for Medicare Services on behalf of the United States of America, the sum of $15,456.40.  The Clerk's check shall be made payable to "United States Department of Justice."

(b)   To defendant and counterclaimant John Berry, $461,408.79 plus all interest earned.  The Clerk's check shall be made payable to "John Berry and Ganz & Hauf, his attorneys."

2.   The counterclaim of John Berry filed July 18, 2011 (Docket #8) shall be dismissed with prejudice, with each party to bear its own fees and costs.

3.   Pursuant to 28 U.S.C. § 2361, plaintiff Fireman's Fund Insurance Company is discharged from further liability to defendants John Berry and Kathleen Sebelius for the payment of any portion of the Judgment in Case No. A-06-526936-C in the Eighth Judicial District Court of the State of Nevada for Clark County entitled "*John Berry v. Moshe Elazar, et al.*"  This discharge from liability shall not extend to any extra-contractual claims presently held by non-party Moshe Elazar, nor to any claims which defendant John Berry may later acquire as assignee of Moshe Elazar or by execution upon Moshe Elazar.

4.   It is the intention of the parties to this Stipulation that nothing in it or shall extend to any extra-contractual claims presently held by non-party Moshe Elazar, nor to any claims which defendant John Berry may later acquire as assignee of Moshe Elazar or by execution upon Moshe Elazar.

5.   Berry, shall no later than ten court days after disbursement pursuant to paragraph 1(b), file an Acknowledgement of Partial Satisfaction of Judgment in an amount equal to the full amount disbursed pursuant to paragraphs 1(a) and 1(b) in Case No. A-06-526936-C in the Eighth Judicial District Court of the State of Nevada, for Clark County, entitled "*John Berry v. Moshe Elazar, et al.*"  The court will retain jurisdiction for purposes of enforcing Berry's obligation to file that Acknowledgement of Partial Satisfaction of Judgment.

Bullivant|Houser|Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

DATED:  September 28, 2011

BULLIVANT HOUSER BAILEY PC


By   */s/ Andrew B. Downs*
    Andrew B. Downs
    Nevada Bar No. 8052
    Kristol Bradley Ginapp
    Nevada Bar No.  8468

Attorneys for Plaintiff and Counterdefendant
Fireman's Fund Insurance Company

DATED:  September 28, 2011

GANZ & HAUF


By   */s/ Marjorie Hauf (by e-mail authorization)*
    Adam Ganz
    Nevada Bar No. 6650
    Marjorie Hauf
    Nevada Bar No. 8111
    Ida M. Ybarra
    Nevada Bar No. 11327

Attorneys for Defendant and Counterclaimant John
Berry

DATED:  September 28, 2011

DANIEL G. BOGDEN
United States Attorney, District of Nevada
ROGER W. WENTHE
Assistant United States Attorney


By   */s/ Roger W. Wenthe (by e-mail authorization)*
    Roger W. Wenthe
    Nevada Bar No. 8920

Attorneys for Defendant Kathleen Sebelius

## ORDER

The parties having stipulated and good cause appearing,

Bullivant|Houser|Bailey PC

601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

IT IS HEREBY ORDERED that the Clerk of the Court shall disburse the funds on deposit in the Court's Registry (Docket # 11) including all interest earned on those funds as follows:

(a) To the United States Department of Justice on behalf of defendant Kathleen Sebelius, the sum of $15,456.40.

(b) To John Berry and Ganz & Hauf, his attorneys, the sum of $461,408.79 plus all interest earned while those funds were on deposit.

IT IS FURTHER ORDERED that plaintiff Fireman's Fund Insurance Company is discharged from further liability to defendants John Berry and Kathleen Sebelius for the payment of any portion of the Judgment in Case No. A-06-526936-C in the Eighth Judicial District Court of the State of Nevada for Clark County entitled "*John Berry v. Moshe Elazar, et al.*"  This discharge from liability shall not extend to any extra-contractual claims presently held by non-party Moshe Elazar, nor to any claims which defendant John Berry may later acquire as assignee of Moshe Elazar or by execution upon Moshe Elazar.

The Court retains and reserves jurisdiction over the parties for purposes of enforcing Berry's obligation to file that Acknowledgement of Partial Satisfaction of Judgment in the underlying state court action.

The Clerk is directed to close this matter.

DATED: _____29 Sept 2011_____

_____
United States District Judge

13548267.1

*****